

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00447-CV

Jorge **BLANCO**, Sr., and Jorge Blanco, Jr.,
Appellants

v.

Ramon Eduardo Moreno **DE LA ROCHA**, and Overseas Trucking USA, LLC,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2023CVI002024D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

PER CURIAM

Sitting:       Lori I. Valenzuela, Justice
                 Lori Massey Brissette, Justice
                 Adrian A. Spears II, Justice

Delivered and Filed: November 26, 2025

MOTION FOR EXTENSION OF TIME DENIED; APPEAL DISMISSED FOR WANT OF PROSECUTION

The clerk's record was originally due on August 12, 2025. On August 21, 2025, the trial court clerk filed a Notification of Late Record stating appellants had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellants are not entitled to appeal without paying the fee. We therefore ordered appellants to provide written proof to this

court that either: (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee.

In response to our order, appellant Jorge Blanco, Sr. filed a motion requesting a 60-day extension of time to comply with the order. On September 15, 2025, we granted the motion and ordered appellants to provide written proof by November 14, 2025 that either: (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee. In our September 15 order, we notified appellants that no further extensions of that deadline would be granted. We also cautioned appellants if they did not respond within the time provided, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

On November 13, 2025, appellants filed a response to our order that requested an additional six-month extension of time to pay for the clerk's record. The response stated that appellants did not have the funds to pay the fee to prepare the clerk's record, but it did not provide proof that they had attempted to make arrangements to pay the fee or that they were entitled to appeal without paying the fee. Because this response does not comply with our September 15 order, we deny the motion for extension of time and dismiss this appeal for want of prosecution. *See id.*; *see also* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM